**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 97-1082**

In Re: CARL R. BROOKS, JR.,

Petitioner.

On Petition for Writ of Mandamus.  (CA-94-590)

Submitted:  January 31, 1997        Decided:  February 21, 1997

Before WILKINS, HAMILTON, and WILLIAMS, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Carl R. Brooks, Jr., Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Carl Brooks filed this mandamus petition seeking to challenge this court's decision in <u>Brooks v. Southeastern Public Service Authority</u>, No. 95-2260 (4th Cir. Jan. 7, 1997) (unpublished) (per curiam). Mandamus is an extraordinary remedy and may be granted only when there are no other means by which the petitioner could obtain the requested relief. <u>See</u> <u>In re Beard</u>, 811 F.2d 818, 826 (4th Cir. 1987). Further, mandamus may not be used as a substitute for appeal. <u>See</u> <u>In re United Steelworkers</u>, 595 F.2d 958, 960 (4th Cir. 1979). Because this case presents no extraordinary circumstances, and because mandamus is not the proper remedy for challenging a prior decision of this court, we deny the petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>PETITION DENIED</u>